IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00382-BNB

ROMAN SANTISTEVAN,

Petitioner,

v.

WARDEN, Federal Prison,
CURRENT ATTORNEY GENERAL, United States, and
UNITED STATES OF AMERICA,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 06 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Petitioner, Roman Santistevan, initiated this action by filing *pro se* "Petitioner's Petition for Writ of Habeas Corpus Pursuant to the Original Habeas Corpus as Presented in the Constitution and/or 28 USC § 2241 to Challenge Jurisdiction and Request Dismissal of the Indictment and Conviction Within the Next 3 Days, as This is an Extraordinary Writ, or Alternatively, to Show Cause Why the Case Should Not Be Dismissed." On February 25, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Santistevan to file an amended pleading on the proper form as required by the Court's local rules if he wished to pursue his claims in this action. *See* D.C.COLO.LCivR 8.2A. Mr. Santistevan was warned that the action would be dismissed without further notice if he failed to cure this deficiency within thirty days.

Mr. Santistevan has failed to cure the deficiency within the time allowed and has failed to respond in any way to Magistrate Judge Boland's February 25 order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the petition is denied and the action is dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this __6th__ day of __April__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00382-BNB

Roman Santistevan
Prisoner No. 35360-013
Douglas County Det. Center
4000 Justice Way
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/6/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk